IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:12-cv-03145-SD |
| | : |
| JOHN DOES 1-9, 11-29, 31-33, 35-38, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 27 AND JOHN DOE 31 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 27 and John Doe 31 ("Defendants"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 27 was assigned the IP Address 173.49.19.56 and John Doe 31 was assigned the IP Address 71.185.141.240. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 27 and John Doe 31 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: September 12, 2012

Respectfully submitted,

By: /s/ *Christopher P. Fiore*
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone: 215-256-0205
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christopher P. Fiore*
Christopher P. Fiore